**Opinion issued August 30, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-16-00586-CR**

**NO. 01-16-00587-CR**

———————————

**IN RE GEORGE AGUILAR, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, George Aguilar, incarcerated and proceeding pro se, has filed a

petition for a writ of mandamus to compel the trial court to change the venue of the

trial court proceedings, quash indictments, and "set aside" the trial court cases.[1]

---

[1] The case underlying appellate cause no. 01-16-00586-CR is *The State of Texas v. George Aguilar*, cause number 1370059, in the 174th District Court of Harris County, Texas, the Honorable Ruben Guerrero presiding. The case underlying appellate cause no. 01-16-00587-CR is *The State of Texas v. George Aguilar*, cause

1

We deny the petition.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).

---

number 1497176, in the 174th District Court of Harris County, Texas, the Honorable Ruben Guerrero presiding.